Mildred K. O'Linn, Esq. (State Bar No. 159055)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
15th Floor at 810 Tower
801 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com

Attorneys for Defendant,
TASER INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA FERNANDEZ, individually and as Guardian Ad Litem for MAURICIO FERNANDEZ, a minor, as the heir of Carlos Casillas-Fernandez, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> TASER INTERNATIONAL, INC., SANTA ROSA POLICE DEPARTMENT, A POLICE AGENCY; CITY OF SANTA ROSE, a Chartered City; SANTA ROSA POLICE CHIEF EDWIN F. FLINT; OFFICER BRIAN SINIGIANI, Individually and as a POLICE OFFICER OF THE SANTA ROSA POLICE DEPARTMENT; OFFICER MATT SANCHEZ, Individually and as a POLICE OFFICER OF THE SANTA ROSA POLICE DEPARTMENT; OFFICER DAN JONES, Individually and as a POLICE OFFICER OF THE SANTA ROSA POLICE DEPARTMENT, OFFICER JAMES GRIFFIN, Individually and as a POLICE OFFICER OF THE SANTA ROSA POLICE DEPARTMENT; OFFICER BOB ST. PIERRE, Individually and as a POLICE OFFICER OF THE SANTA ROSA POLICE DEPARTMENT; OFFICER GARY NEGRI, Individually and as a POLICE OFFICER OF THE SANTA ROSA POLICE DEPARTMENT, AND DOES 1-100, Inclusive, | Case No.: C 06-4371 SBA <br><br> STIPULATION FOR DISMISSAL AND ORDER THEREON |

| | |
|---|---|
| 1 | Defendants. ) |
| | _____ ) |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED, by and between plaintiff KARLA FERNANDEZ, individually and as Guardian Ad Litem for MAURICIO FERNANDEZ, a minor, as the heir of Carlos Casillas-Fernandez, Deceased and defendant TASER INTERNATIONAL, INC., by and through their respective counsel of record, that defendant TASER INTERNATIONAL, INC. be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED, by and between plaintiff KARLA FERNANDEZ, individually and as Guardian Ad Litem for MAURICIO FERNANDEZ, a minor, as the heir of Carlos Casillas-Fernandez, Deceased and defendant TASER INTERNATIONAL, INC. that this dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees and attorneys' fees arising out of this litigation between these parties.

Dated: January ___, 2008        MANNING & MARDER
                                KASS, ELLROD, RAMIREZ LLP


                                By:_____
                                    Mildred K. O'Linn
                                Attorneys for Defendant,
                                TASER INTERNATIONAL, INC.

Dated: January ___, 2008        SCARLETT LAW GROUP


                                By:_____
                                    Randall H. Scarlett, Esq.
                                Attorneys for Plaintiff,
                                KARLA FERNANDEZ, individually and as
                                Guardian Ad Litem for MAURICIO
                                FERNANDEZ, a minor, as the heir of Carlos
                                Casillas-Fernandez, Deceased

Dated: January ___, 2008      POTTER LAW OFFICES


By:_____
     Cal J. Potter, III, Esq.
Attorneys for Plaintiff,
KARLA FERNANDEZ, individually and as
Guardian Ad Litem for MAURICIO
FERNANDEZ, a minor, as the heir of Carlos
Casillas-Fernandez, Deceased

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED that: |
| 3 | Pursuant to the Stipulation re Dismissal between plaintiff KARLA FERNANDEZ, individually and as Guardian Ad Litem for MAURICIO FERNANDEZ, a minor, as the heir of Carlos Casillas-Fernandez, Deceased and defendant TASER INTERNATIONAL, INC., all causes of action against defendant TASER INTERNATIONAL, INC. are dismissed with prejudice. Furthermore, plaintiff KARLA FERNANDEZ, individually and as Guardian Ad Litem for MAURICIO FERNANDEZ, a minor, as the heir of Carlos Casillas-Fernandez, Deceased and defendant TASER INTERNATIONAL, INC. mutually waive all costs, court fees and attorneys' fees arising out of this litigation involving these parties. |

Dated: January 11, 2008

_____
*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE