UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA FERNANDEZ, et al.<br><br>        Plaintiff(s),<br><br>   v.<br><br>TASER INTERNATIONAL, INC.,<br>SANTA ROSA POLICE DEPT., et al.,<br><br>        Defendant(s). | No. C06-4371 SBA (BZ)<br><br>**NOTICE OF RECUSAL** |

     I hereby recuse myself in the above action.

Dated: March 17, 2008

                                      Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\FERNANDEZ.RECUSAL.wpd

1