**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

KARLA FERNANDEZ, et al.,

        Plaintiffs,

  v.

TASER INTERNATIONAL, INCORP. et all,

        Defendants.

No.  C 06-4371 SBA

**ORDER**

The Court ORDERS that plaintiffs and the City Defendants shall all have present at the October 21, 2008 pre-trial conference the person or persons **with full authority to settle this matter on their behalf**.

IT IS SO ORDERED.

October 20, 2008

                                              Saundra Brown Armstrong
                                              United States District Judge