1    RANDALL H. SCARLETT (SBN 135554)
     ROBERT E. ORMISTON (SBN 141857)
2    Scarlett Law Group
3    536 Pacific Ave.
     San Francisco, CA  94133
4    Telephone (415) 352-6264
5    Facsimile (415) 352-6265
     rscarlett@scarlettlawgroup.com
6    reormiston@scarlettlawgroup.com

7
     CAL J. POTTER III (Nevada Bar No. 001988)
8    Potter Law Offices
     1125 Shadow Lane
9    Las Vegas, NV  89102
10   Telephone:  (702) 385-1954
     Facsimile:  (702) 385-9081
11   lpotter@potterlawoffices.com

12
     Attorneys for KARLA FERNANDEZ, Individually
13   and as Guardian ad Litem for MAURICIO
     FERNANDEZ, a minor, as the heirs of
14   Carlos Casillas-Fernandez, Deceased

15

16                          UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

18

| 19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | KARLA FERNANDEZ, Individually and as Guardian ad Litem for MAURICIO FERNANDEZ, a minor, as the heirs of Carlos Casillas-Fernandez, Deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>TASER INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Case No.: C 06 4371 SBA<br><br>**STIPULATION AND  ORDER RE HEARING OF PETITION FOR COMPROMISE OF MINOR'S CLAIM** |

28

*Scarlett Law Group*
536 Pacific Avenue
San Francisco, CA 94133

---

**STIPULATION & PROPOSED ORDER RE HEARING ON PETITION FOR
 COMPROMISE OF MINOR'S CLAIM   (Case No. C 06-64371 SBA)**                           1

*SCARLETT LAW GROUP*
536 Pacific Avenue
San Francisco, CA 94133

1    IT IS HEREBY STIPULATED and AGREED that settlement of this entire matter

2  has been reached in the amount of $205,000.00 (Two Hundred Five Thousand

3
4  Dollars);, representing total payment for the claims of Karla Fernandez,

5  Individually and as Guardian ad Litem of Mauricio Fernandez, a Minor.

6    All parties seek judicial approval of plaintiffs' Petition for Compromise of

7  Minor's Claim;

8
9    All parties hereto Stipulate (they did so on the record at the time settlement

10 was entered before Magistrate Judge Maria-Elena James) to Magistrate Judge James

11 hearing the Petition for Compromise of Minor's Claim and otherwise concluding

12 the instant action.

13
14    Defendants, CITY OF SANTA ROSA, SANTA ROSA POLICE, CHIEF EDWIN

15 FLINT, SANTA  ROSA POLICE OFFICERS BRIAN SINIGIANI, MATTHEW SANCHEZ,

16 DANIEL JONES, JAMES GRIFFIN, ROBERT ST. PIERRE and GARY NEGRI hereby

17
18 waive all applicable statutory notice requirements for hearing of Petition for

19 Compromise of Minor's Claim; and agree that Magistrate Judge James may set the

20 matter for a hearing forthwith.

21 Dated:  February ___, 2009                                SCARLETT LAW GROUP

22

23

24                                                    By_____

25                                                      RANDALL H. SCARLETT
                                                      Attorney for Plaintiffs, KARLA FERNANDEZ,
26                                                    Individually and as Guardian ad Litem for
                                                      MAURICIO FERNANDEZ, a Minor, as the
27                                                    heirs of Carlos Casillas-Fernandez, Deceased

28

STIPULATION & PROPOSED ORDER RE HEARING ON PETITION FOR
COMPROMISE OF MINOR'S CLAIM   (Case No. C 06-64371 SBA)                        2

SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133

1

2  Dated:  February ___, 2009                          CITY OF SANTA ROSA

3

4                                             By_____

5                                                 MATTHEW J. LE BLANC, ESQ.
                                              Attorney for Defendants, CITY OF SANTA
6                                             ROSA, SANTA ROSA POLICE, CHIEF
                                              EDWIN FLINT, SANTA  ROSA POLICE
7                                             OFFICERS BRIAN SINIGIANI, MATTHEW
                                              SANCHEZ, DANIEL JONES, JAMES
8                                             GRIFFIN, ROBERT ST. PIERRE and GARY
9                                             NEGRI

10

11                                            ORDER

12         Pursuant to Stipulation of the parties hereto, the hearing of Petition for

13  Compromise of Minor's Claim shall be heard by Magistrate Maria-Elena James and

14  
15  without the applicable statutory notice requirements on shortened time.

16  Dated:  February 10, 2009

17

18

19  _____
     SAUNDRA B. ARMSTRONG
20  Judge Of The United States District Court

21

22

23

24

25

26

27

28

**STIPULATION & PROPOSED ORDER RE HEARING ON PETITION FOR**
**COMPROMISE OF MINOR'S CLAIM   (Case No. C 06-64371 SBA)**                          3

1

2

## PROOF OF SERVICE

3
    I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause; my business address is 536 Pacific Avenue, San Francisco, California 94133.

4

5
On the date set forth below, I served the attached PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS IN LIMINE in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

6

7
| Matthew J. LeBlanc, Esq. | |
|---|---|
| Asst. City Attorney | |
| City of Santa Rosa | |
| 100 Santa Rosa Avenue | |
| Santa Rosa, CA 95402 | |
| | |
| Fax (707) 543-3055 | |

8

9

10

11
  ( )      BY MAIL      I placed each such sealed envelope in the outgoing mail receptacle for collection and mailing with postage thereon fully prepaid, at San Francisco, California, following ordinary business practices. I am readily familiar with the practice of the Scarlett Law Group for processing of outgoing mail, said practice being that in the ordinary course of business, said outgoing mail is deposited in the United States Postal Service the same day as it is placed for processing.

12

13

14

15

16
  BY PERSONAL SERVICE:

17
          (__)      I personally delivered by hand to the addressee(s) noted above.

18
          (__)      The messenger who made personal, hand delivery has executed a proof of service and it follows this page.

19
( ) BY OVERNIGHT DELIVERY SERVICE      I packaged and arranged for overnight service pursuant to the provisions of the California Code of Civil Procedure.

20

21
(XX)      BY FACSIMILE      I transmitted the contents of said envelope to be delivered by Facsimile machine at the number(s) set forth above.

22

23
    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct except as to those matters stated on information and belief and as to those matters, I believe it to be true.

24

25
DATED: February 3, 2009

26
                                    _____

27
                                    DEBORAH M. SWANN

28

*SCARLETT LAW GROUP*
536 Pacific Avenue
San Francisco, CA 94133

---

**STIPULATION & PROPOSED ORDER RE HEARING ON PETITION FOR**
**COMPROMISE OF MINOR'S CLAIM (Case No. C 06-64371 SBA)**    4