**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA FERNANDEZ, | No. C 06-4371 SBA (MEJ) |
| Plaintiff(s), | **ORDER SCHEDULING HEARING RE PETITION FOR COMPROMISE OF MINOR'S CLAIM** |
| vs. | |
| TASER INTERNATIONAL, et al., | |
| Defendant(s). | |

On February 10, 2009, the Honorable Saundra B. Armstrong referred this matter to the undersigned to hear the parties' Petition for Compromise of Minor's Claim, without the applicable statutory notice requirements and on shortened time. Accordingly, the Court hereby SCHEDULES a hearing to take place on March 26, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint statement and proposed order by March 12, 2009. If the parties agree that a hearing is unnecessary, they may file a joint motion and proposed order prior to March 12, and request that the hearing be vacated at that time.

**IT IS SO ORDERED.**

Dated: February 17, 2009

MARIA-ELENA JAMES
United States Magistrate Judge